**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6453**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CARLYLE LAVAR ALVAREZ, a/k/a Chico,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. John Preston Bailey, Chief District Judge. (3:05-cr-00075-JPB-2)

_____

Submitted: July 26, 2012         Decided: August 1, 2012

_____

Before DUNCAN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Carlyle Lavar Alvarez, Appellant Pro Se. Paul Thomas Camilletti, Thomas Oliver Mucklow, Assistant United States Attorneys, Martinsburg, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlyle Alvarez appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction and motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the denial of Alvarez's § 3582(c)(2) motion for the reasons stated by the district court. United States v. Alvarez, No. 3:05-cr-00075-JPB-2 (N.D. W. Va. Feb. 10, 2012). With respect to the district court's subsequent order, because the district court lacked the authority to consider Alvarez's motion to reconsider, see United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010), we affirm the district court's denial of relief. We further deny Alvarez's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED